Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLEN THOMAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS;<br>L.P.; ASTRAZENECA, L.P.; ELI LILLY<br>AND COMPANY; JOHNSON & JOHNSON<br>JANSSEN PHARMACEUTICA, L.P. a/k/a<br>JANSSEN PHARMACEUTICA, INC.<br><br>　　　　　Defendant. | No. C 06 1454 MJJ<br><br>Before the Honorable MARTIN J. JENKINS<br><br>[~~PROPOSED~~] ORDER VACATING<br>AND/OR CONTINUING CASE<br>MANAGEMENT CONFERENCE<br><br>Conference Date:　MAY 30, 2006<br>Conference Time:　2:00 p.m.<br>Location:　Courtroom 11, 19TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 30, 2006 Case Management Conference ("CMC") to September 26, 2006, at 2:00 pm. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 5/23/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1