```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
 2  EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
 3  One Bush Street, 14th Floor
    San Francisco, California 94104
 4  Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
 5
 6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLEN THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, *et al*<br><br>    Defendants. | Case No. C 06 01454 MJJ<br><br>STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., AND JOHNSON & JOHNSON<br><br>and Order. |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: July 20, 2006

LEVIN SIMES KAISER & GORNICK LLP

_/s/ Dennis J. Canty_
Dennis J. Canty
Attorneys for Plaintiff

Dated: July 6, 2006

DRINKER BIDDLE & REATH LLP

_/s/ Owen J. Rescher_
Charles F. Preuss
Steven M. Selna
Owen J. Rescher
Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc., and Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/12/2006                _/s/ Martin J. Jenkins_
                                United States District Court